Related DDJ
No CV-69

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES, ex rel MATTY LIBATIQUE;
FREDERICK BANKS, next friend thereto,
                                        Petitioners,

v.

POLAND; REPUBLIC OF POLAND;
Zbigniew Ziobro, Minister of
Justice, & CENTRAL INTELLIGENCE
AGENCY; WARDEN SEKOU Murat;
U.S. Department of State,      Respondents.

FILED
CLERK, U.S. DISTRICT COURT
JAN/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: TW  DEPUTY

Civil No.

2:21-CV-00126-ODW-GJS

PETITION FOR A WRIT OF HABEAS CORPUS
28 USC § 2241; 50 USC 1806(f); 28 USC 2242

Petitioners United States, ex rel Matty Libatique and Frederick Banks file the petition for a writ of Habeas Corpus 28 USC 2241, 2242 and 50 USC 1806(f) and represents,

As previously stated the CIA have been using a little known technology called "Microwave Hearing" to influence and control events worldwide to create a media cycle. According to Dr. John Hall their purpose is to control the U.S. and other world populations. See "Guinea Pigs Technologies of Control" by Dr. John Hall and "A New Breed of Satellite Terrorism in America". From sources and research Banks has determined that the CIA technology is delivered by wireless signal via satellite, and in this case the signal transmissions originated from this District, when the satellite signal hits an individual target it gives the CIA operators complete involuntary control over the person or animal as a joystick controller in a video game.

In this case petitioner Libatique a internationally famous cinematographer who worked on Black Swan and other films was apparently drugged in Poland (a drug was placed in his drinks) which caused him to black out. His fiance Mary Ellen Vales contacted paramedics who roughly dragged petitioner across the room. Petitioner Libatique woke up swinging punches striking a paramedic. Petitioner was charged by Polish authorities with assault and was granted bail and has returned to Los Angeles. The case is ongoing. This is an international incident.

Petitioners are in unlawful custody and restraint because the CIA has a bogus FISA warrant on them and caused these entire incidents in violation of 50 USC 1801, et seq.

and due process. Using the same technology the CIA caused Banks to be imprisoned for the same charges that he already did time on in a previous Federal case. See and compare USA v. Banks, 15cr168 (WDPA) with USA v. Banks, 03cr245 & 04cr176 (WDPA) 2013 & 2014 violation sentences. For 11 straight years the CIA has never ceased this electronic harassment out of this district. There was no valid order or authorization of approval for the FISA warrants. The FISA warrants qualify as restraint for purposes of 28 USC 2241 and under Braden v. 30th Judicial District of Kentucky __ US __ ( ) petitioners may bring this action in the Central District of California because California is where the detainer is Lodged not Poland and not Louisiana. Petitioners seek the court to order the FISA warrant disclosed and lifted and for Discharge from custody for this illegal FISA which violates due process. At a bare minimum if the court doesn't take jurisdiction over this petition it should order it transferred to the Eastern District of Louisiana. The court should recommend to the polish authorities that they dismiss the criminal case against petitioner or alternatively order the U.S. State Department to reconsider the economic and strategic aid the USA provides to Poland and its minister of Justice.

Banks reminds the court that it was he in a 11/7/16 letter to Ivanka Trump that exposed the FISA electronic surveillance on the Trump campaign. See USA v. Banks, 15cr168 (WDPA) ECF 259, 352, 593. Intelligence Inspector General thereafter in a Report found 17 separate abuses committed by the FBI in applying for the Carter Page (Trump campaign staffer) FISA warrant. UPMC recently found that Banks has a high pitched tone in each ear. Banks contends this tone is the CIA satellite signal.

WHEREFORE, the Petition should be granted. Petitioner should be discharged from custody. The FISA disclosed & Lifted. Recommendations given to the polish authorities & US Dept of State as stated along with all other requested & warranted relief.

Executed under the penalty for perjury.

Respectfully submitted,

Frederick Banks
05711068
PO Box 5000
Oakdale, LA 71463
PETITIONER

Frederick Banks
05711068
PO Box 5000
Oakdale, LA 71463

SHREVEPORT LA 710
28 DEC 2020 PM 3 L





RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 4 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____

Clerk, U.S. District Court
Central District of California
255 East Temple Street, Room 180
Los Angeles, CA 90012

Special Mail

90012-333299