1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11                                              Case No. 2:21-cv-126-ODW (GJS)

12   UNITED STATES, ex rel MATTY
     LIBATIQUE; FREDERICK BANKS,
13   next friend thereto,                       **JUDGMENT**

14                    Petitioners

15            v.

16   POLAND; REPUBLIC OF POLAND;
     ZBIGNIEW ZIOBRO, MINISTER
17   OF JUSTICE & CENTRAL
     INTELLIGENCE AGENCY;
18   WARDEN SEKOY MAAT; U.S.
     DEPARTMENT OF STATE,

19                    Respondents.

20

21       Pursuant to the Court's Order Dismissing Petition,

22

23       IT IS ADJUDGED THAT the above-captioned action is dismissed.

24

25   DATE: January 12, 2021      _____

26                               OTIS D. WRIGHT, II
                                 UNITED STATES DISTRICT JUDGE
27

28